IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY SOH FROEHLICH,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United<br>States Department of Health<br>and Human Services,<br><br>           Defendant.<br>_____/ | No.  CIV.S-06-0810 MCE DAD PS<br><br><br><br>ORDER |

      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  Plaintiff's request to proceed in forma pauperis is granted.

1

1      2.  The Clerk of the Court is directed to serve the
2  attached scheduling order in this case which seeks judicial review of
3  a Medicare benefits determination under Title XVIII of the Social
4  Security Act.
5      3.  The Clerk of the Court is further directed to serve a
6  copy of this order on the United States Marshal.
7      4.  Within fifteen days from the date of this order,
8  plaintiff shall submit to the United States Marshal a completed
9  summons, four copies of the complaint, and a copy of the scheduling
10  order.  Thereafter, plaintiff shall file a statement with the court
11  advising the date upon which said documents were submitted to the
12  United States Marshal.
13      5.  The United States Marshal is directed to serve all
14  process without prepayment of costs not later than sixty days from
15  the date of this order.  Service of process shall be completed by
16  delivering a copy of the summons and complaint to the United States
17  Attorney for the Eastern District of California, and by sending a
18  copy of the summons and complaint by registered or certified mail to
19  the Attorney General of the United States at Washington, D.C.  See
20  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The United States Marshal shall
21  also send a copy of the summons and complaint by registered or
22  certified mail to the Secretary of the United States Department of
23  Health and Human Services, c/o Office of General Counsel, United
24  /////
25  /////
26  /////

States Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201.  See Fed. R. Civ. P. 4(i)(2).

DATED: July 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/froehlich0810.ifp