IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY SOH FROEHLICH,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United<br>States Department of Health<br>and Human Services,<br><br>      Defendant.<br>_____/ | No.  CIV.S-06-0810 DAD PS<br><br><u>ORDER TO SHOW CAUSE</u> |

On July 13, 2006, the court issued a scheduling order along with a form entitled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of this case to a United States District Judge.  Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for Reassignment" accompanying that form, all parties were to execute the form and return it to the Clerk of the Court within ninety days from

1

1 the date the action was filed.  The Local Rules also required
2 plaintiff to serve a copy of these documents on all parties to the
3 action and file a proof of service with the court.  See L.R., App.
4 A(j).  The required time has now expired and defendant has not
5 returned the necessary form to the court.
6      Accordingly, the court HEREBY ORDERS defendant to show
7 cause in writing within ten days why the necessary document has not
8 been filed with the court.  The filing by defendant of an executed
9 "Consent to Assignment or Request for Reassignment" form will be
10 deemed compliance with this order.
11 DATED: October 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/froehlich0810.osc.form

2