1  JULIE AGUILAR ROGADO, SBN 203879
   WILLIAM C. KENNEDY, SBN 61701
2  LEGAL SERVICES OF NORTHERN CALIFORNIA
   515 12th Street
3  Sacramento, CA 95814
   Telephone: (916) 551-2150
4  Facsimile: (916) 551-2196

5  Attorneys for Plaintiff
   Lily Soh Froehlich

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| LILY SOH FROEHLICH, | Case No. 2:06-CV-0810 DAD |
|---|---|
| Plaintiff, | |
| vs. | |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | **STIPULATION TO FILING OF AN AMENDED COMPLAINT** |
| Defendant, | |

In accordance with Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Lily Soh Froehlich requests leave of the Court to submit the attached amended complaint.

Counsel for Defendant Secretary of Health and Human Services consents to the filing of this amended complaint.

The parties agree that an amended answer in the above matter shall be filed by Defendant no later than 60 days from the date of service of the amended complaint.

///

///

///

1 - STIPULATION TO FILING OF AMENDED COMPLAINT

1  DATED:  December 13, 2006

2  **ORIGINAL SIGNATURES ATTACHED**

3  \_/s/ Julie Aguilar Roagdo_____
   JULIE AGUILAR ROGADO
4  Attorney for Plaintiff
   LILY SOH FROEHLICH

6
   \_/s/ Kurt A. Didier_____
7  KURT A. DIDIER
   Assistant United States Attorney
8  Attorney for Defendant

9  **IT IS SO ORDERED:**

10 DATED: December 18, 2006.

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15 Ddad1/orders.socsec/froehlich0810.stipord

2 - STIPULATION TO FILING OF AMENDED COMPLAINT